AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>David Lee Walls<br><br>*Defendant(s)* | Case No.<br>2:19-mj-00017 |

FILED
FEB - 4 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 12, 2017__ in the county of __Logan__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §924(c) | Possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:

On September 11, 2017 US 119 Task Force conducted a controlled purchase of oxymorphone using a confidential informant from David Lee Walls from inside his residence at 58 Early Bird Way, Accoville, WV.  Subsequently, a search warrant executed on his residence revealed 10 firearms and 3 safes.  Two of those firearms were handguns that were located inside a locked safe, along with $5,075 dollars, along with more oxymorphone pills.

☐ Continued on the attached sheet.

ATF SA *(signature)*
*Complainant's signature*

J. Holtz, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/04/2019

*(signature)*
*Judge's signature*

City and state:  Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*